on account of his political opinion. Moreover, it is not clear that these limited incidents rose to the level of persecution. *See Sepulveda,* 401 F.3d at 1231. As for Yunda's fear of future persecution, he received only two threatening telephone calls after the initial roadblock incident in 1999, and he testified that neither he nor his family have received any threats since that time. Furthermore, the documents in the record indicate that people generally are able to relocate within Colombia after they are threatened.

### III.  *CONCLUSION*

Because Yunda is unable to meet the well-founded-fear standard for asylum, he is unable to qualify for withholding of removal under the INA. Upon careful review of the IJ's decision, we reject Yunda's assertion that the decision was "inadequate and unreasoned." Accordingly, the PETITION IS DENIED.

Kym Elizabeth Bennette, Michael J. Rosen, P.A., Miami, FL, for Defendants–Appellees.

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM.

The district court granted appellees' motion for summary judgment without giving appellants "10–day advance notice that it would take [appellees'] motion under advisement as of a certain date." *Milburn v. United States,* 734 F.2d 762, 766–67 (11th Cir.1984). The district court's judgment is therefore vacated and the cause is remanded for further proceedings.

SO ORDERED.

---

**Shell MALBRANCHE, Eddy Gedeon, Plaintiffs–Appellees,**

v.

**ART HALL PROTECTION SERVICES, INC., Arthur Hall, Defendants–Appellees.**

No. 05–10145.

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 13, 2005.

Jason S. Remer, Remer & Georges–Pierre, P.A., Miami, FL, for Plaintiffs–Appellees.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Imran MANDHAI, Defendant–Appellant.**

No. 04–15859.

Non–Argument Calendar

D.C. Docket No. 02–60096–CR–WPD.

United States Court of Appeals, Eleventh Circuit.

June 16, 2005.